IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JEFF ALLAN RODRIGUEZ, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| TODD BLANCE, Attorney General of the | § | CIVIL ACTION NO. 9:26-CV-00260 |
| United States; MARKWAYNE MULLIN, | § | JUDGE MICHAEL J. TRUNCALE |
| Secretary, U.S. Department of Homeland | § | |
| Security; TODD M. LYONS, Acting | § | |
| Director of Immigration and Customs | § | |
| Enforcement; BRET BRADFORD, | § | |
| Director, Houston Office Immigration and | § | |
| Customs Enforcement; and WARDEN, | § | |
| Warden, Livingstone IAH Detention | § | |
| Center, | § | |
| | § | |
| *Respondents.* | § | |

## ACKNOWLEDGEMENT OF
## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Court has received the Petitioner's Notice of Dismissal without Prejudice filed in the above-styled matter. [Dkt. 5]. Petitioner files this notice dismissing, without prejudice, this case in order to refile in another Court.

Accordingly, the Court **ACKNOWLEDGES** that all claims filed in this matter are hereby **DISMISSED WITHOUT PREJUDICE**, effective the date of the filing of the notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 29th day of July, 2026.**

Michael J. Truncale
United States District Judge